# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02549-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

SHARON MIANI,

    Plaintiff,

v.

MIDLAND FUNDING, LLC,
MIDLAND CREDIT MANAGEMENT, INC. (MCM), and
ENCORE CAPITAL GROUP, LLC,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

    Plaintiff, Sharon Miani, has submitted a Complaint (ECF No. 1) and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3).

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this order.  Ms. Miani will be directed to cure the following if she wishes to pursue her claims.  Any papers that Ms. Miani files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   ___   is not submitted
(2)   ___   is not on proper form (must use the Court's current form)
(3)   _X_   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   _X_   affidavit is incomplete (<u>pages are missing</u>)
(6)   _X_   affidavit is not notarized or is not properly notarized
(7)   _X_   names in caption do not match names in caption of complaint, petition or application
(8)   ___   other: <u>Plaintiff must clarify whether she requests service by the U.S.</u>

>Marshals Service (ECF No. 3 at 1) because she also submits proofs of service (ECF No. 4, 5, and 6).

**Complaint or Petition**:
(9) __ is not submitted
(10) X is not on proper form (must use the Court's current form)
(11) X is missing an original signature by Plaintiff
(12) __ is incomplete
(13) __ uses et al. instead of listing all parties in caption
(14) __ names in caption do not match names in text
(15) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) __ other:

Accordingly, it is

ORDERED that Ms. Miani cure the deficiencies designated above **within thirty days from the date of this order**. Any papers that Ms. Miani files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Ms. Miani shall obtain the Court-approved forms used in filing a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Ms. Miani fails to cure the designated deficiencies **within thirty days from the date of this order** the Complaint and the action will be dismissed without further notice.

DATED October 7, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge